UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIVA AVIKAIDA ISRAEL,<br><br>Plaintiff,<br><br>v.<br><br>GAVIN C. NEWSOME, et al.,<br><br>Defendants. | No. 2:22-cv-00005 KJM DB P<br><br><br><br>ORDER |

Plaintiff has requested an extension of time of 45 days to file an amended complaint and objections to the August 16, 2022 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 11) is granted;

2. Plaintiff is granted 45 days from the date of this order in which to file an amended complaint; and

3. Plaintiff is granted 45 days from the date of this order in which to file objections to the August 16, 2022 findings and recommendations (ECF No. 8).

Dated:  September 20, 2022

DLB7
isra0005.36obj

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE