# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIVA AVIKAIDA ISRAEL, | No. 2:22-cv-00005 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN C. NEWSOME, et al., | |
| Defendants. | |

Plaintiff has requested a second extension of time to file an amended complaint and to file objections to the August 16, 2022, findings and recommendations. Good cause appearing, this request will be granted. IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time is granted;

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint; and

3. Plaintiff is granted thirty days from the date of this order in which to file objections to the August 16, 2022, findings and recommendations (ECF No. 8). No further extension of time will be granted for this purpose absent good cause shown for extraordinary circumstances.

Dated: November 22, 2022

DLB7.isra0005.36obj.sec

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE