UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIVA AVIKAIDA ISRAEL, | No. 2:22-cv-00005 KJM DB P |
| Plaintiff, | |
| v. | FINDINGS & RECOMMENDATIONS |
| GAVIN C. NEWSOME, et al., | |
| Defendants. | |

By order filed August 16, 2022, plaintiff's complaint was dismissed and plaintiff was granted thirty days leave to file an amended complaint. Subsequently, the court granted plaintiff three extensions of time to file an amended complaint. (ECF Nos. 12, 14, 16.) The time granted for filing the amended complaint has expired and plaintiff has not filed an amended complaint.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that

1

failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  May 9, 2023

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
isra0005.fta