## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**AKIVA AVIKAIDA ISRAEL,**

CASE NO: **2:22–CV–00005–KJM–DB**

v.

**GAVIN C. NEWSOME, ET AL.,**

_____

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 7/28/23**

                                **Keith Holland**
                                Clerk of Court

ENTERED:  **July 28, 2023**

                          by: /s/ A. Kastilahn
                                Deputy Clerk